20171113164829

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: SUMMONS, COMPLAINT, CIVIL COVER SHEET, DISCLOSURE STATEMENT
EFFECTED (1) BY ME: Sander Talas
TITLE: PROCESS SERVER

DATE: 11-16-17 at 4:27pm

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

SALRIT AND PROSPECT ENTERPRISES, INC. C/O PAUL COTTRELL, PRESIDENT by serving Susan Cottrell, Vice President

Place where served:

3 GRANDVIEW   CENTRAL VALLEY NY 10917

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: F  AGE: 51-65  HEIGHT: 5'5"-5'8"  WEIGHT: 161-200  SKIN: white  HAIR: brown  OTHER: glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

STATEMENT OF SERVER

TRAVELS $ _____   SERVICES $ _____   TOTAL $ _____

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 22 / 20 17

SIGNATURE OF Sander Talas
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

JO-ANN JOHNSON
Notary Public State Of New York
No. 01JO5161856
Qualified In Orange County
Commission Expires August 15, 20 18

ATTORNEY:   ALAN R. ACKERMAN, ESQ.
PLAINTIFF:   THE INDEPENDENCE PROJECT INC. A NJ NON PROFIT CORPORATION, ET AL
DEFENDANT:  MCDONALD'S CORPORATION, A DE CORPORATION, ET AL
VENUE:      DISTRICT
DOCKET:     2 17 CV 06228 KM MAH
COMMENT:

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  11-16-17 at 4:27pm |
| NAME OF SERVER (PRINT)  Sandor Talas | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Susan Cottrell as Vice President

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-22-17
Date

Signature of Server

26 Scotchtown Avenue
Address of Server
Goshen NY 10924

JOANN JOHNSON
Notary Public, State of New York
Orange County
Commission Expires August 10, 2018